IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TOM BEU XIONG,

        Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 13-cv-418-jdp

JENNIFER A. FISCHER, in her official capacity,
DANE COUNTY and DANE COUNTY
PROFESSIONAL SOCIAL WORKERS,
LOCAL 2634, AFSCME, AFL-CIO,

        Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jennifer A. Fischer, Dane County and Dane County Professional Social Workers, Local 2634, AFSCME, AFL-CIO against plaintiff Tom Beu Xiong granting defendants' motions for summary judgment and dismissing this case.


| s/ A. Wiseman, Deputy Clerk | June 19, 2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |