Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

Name of United States District Court for the Western Dist Of WI

Case Number 13CV418

Tom Beu Xiong , Plaintiff,

v. **NOTICE OF APPEAL**

Jennifer A. Fischer, et al. , Defendants

Notice is hereby given that Plaintiff, Tom Beu Xiong, (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final judgment (from the final judgment) ((from an order) (describe the order)) entered in this action on 6/19/2014 , ____ (date).

/s/
*Kouavang*
(Signature of appellant or attorney)

2919 Vang Road
Sun Prairie, WI 53590

_____
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.